PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**         )
                                     )
           vs.                       )    Docket Number: **2:06CR00064-DLJ**
                                     )
**Susan Lynn THURMAN-TEMPLETON**     )
                                     )

On August 19, 2005, the above-named was sentenced in the Western District of Washington to five years Probation. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.**
**Senior United States Probation Officer**

Dated:      April 18, 2008
            Modesto, California
            CKH:lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      **Supervising United States Probation Officer**

**Re:  Susan Lynn THURMAN-TEMPLETON**
    **Docket Number:  2:06CR00064-DLJ**
    **ORDER TERMINATING PROBATION**
    <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that Susan Lynn Thurman-Templeton be discharged from probation, and that the proceedings in the case be terminated.

_4/18/2008_
**Date**

[signature]
~~D. Lowell Jensen~~
**Senior United States District Judge**

CKH:lr
Attachment:  Recommendation
cc:    United States Attorney's Office